PARKER, DEMANDANTE Y APELADO, *v.* OLLER, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso de desahucio en precario. MOCIÓN para que se desestime la apelación.

No. 1241.—Resuelto en noviembre 13, 1914.

DESESTIMACIÓN DE APELACIÓN—EXPOSICIÓN DEL CASO.—La falta de exposición del caso no es fundamento por sí solo suficiente para desestimar una apelación.

Abogado del apelado: *Sr. O. M. Wood.*
El apelante no compareció.

RESOLUCIÓN.

Habiendo el tribunal considerado detenidamente la moción presentada por la parte apelada para que se desestime esta apelación por el único fundamento de haber expirado la prórroga que le concedió el tribunal sentenciador para presentar la exposición del caso, sin que haya sido presentado dicho documento, y no siendo este fundamento por sí solo bastante para desestimar una apelación, de acuerdo con la doctrina sentada por este tribunal en el caso de *Sucesores de José Martínez* v. *Tomás Dávila & Co.,* 17 D. P. R., 1008, y *Monge* v. *Central Vannina,* 19 D. P. R., 1254, resuelve el tribunal denegar dicha moción sin perjuicio de los derechos de las partes.

*Denegada la moción.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández no formó parte del tribunal en la vista de esta moción.